IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

PAUL GARY WILSON, et al.,

    Plaintiff,

V.

    CASE NO. C2-12-1203
    JUDGE EDMUND A. SARGUS, JR.
    MAGISTRATE JUDGE MARK R. ABEL

COLUMBIA GAS TRANSMISSION, LLC,

    Defendant.

### ORDER

The undersigned hereby RECUSES himself from this case. The Clerk shall use a random draw to assign a new judge to this case.

**IT IS SO ORDERED.**

1-3-2013
DATE

EDMUND A. SARGUS, JR.
UNITED STATES DISTRICT JUDGE