IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| PAUL GARY WILSON, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> COLUMBIA GAS TRANSMISSION, LLC, <br><br> Defendant/Counterclaimant, <br><br> v. <br><br> EXCLUSIVE NATURAL GAS STORAGE EASEMENTS, *et al.*, <br><br> Counter-Defendants. | Case No. 2:12-cv-1203 <br><br> Judge Graham <br><br> Magistrate Judge Kemp |

## NOTICE OF WITHDRAWAL OF COUNSEL

Pursuant to S.D. Ohio Civil Rule 84.3(d), Miranda R. Leppla hereby withdraws as co-counsel for Plaintiffs, Putative Class Members, and Certain Counter-Defendants in the above-captioned matter, and hereby requests that the Clerk terminate the delivery of all CM/ECF or regular mail notices addressed to Ms. Leppla in the above-captioned case.  Plaintiffs, Putative Class Members, and Certain Counter-Defendants remain represented in this matter by the undersigned trial attorney and co-counsel.

Date: May 1, 2015               Respectfully submitted,

                                */s/ Miranda R. Leppla* by */s/ Gail C. Ford* per e-mail authorization_____
                                Miranda R. Leppla (0086351)

                                */s/ Gail C. Ford*_____ ___
                                Gail C. Ford (0034653)

/s/ Gail C. Ford
Gail C. Ford  (0034653) (Trial Attorney)
John K. Keller  (0019957)
Daren S. Garcia  (0077156)
Timothy B. McGranor (0072365)
Kara M. Singleton (0091146)
VORYS, SATER, SEYMOUR AND PEASE LLP
52 East Gay Street, P.O. Box 1008
Columbus, Ohio 43216-1008
Tel:  (614) 464-6400
Fax:  (614) 719-4954
gcford@vorys.com

*Attorneys for Plaintiffs, Putative Class Members, and Certain Counter-Defendants*.

## CERTIFICATE OF SERVICE

I hereby certify that on May 1, 2015, a true and accurate copy of the foregoing was served pursuant to Paragraph 2 of the August 1, 2014 Case Management Order.  (ECF No. 360.)

Dated: May 1, 2015.              /s/ Kara M. Singleton
                                  Kara M. Singleton