# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| **PAUL GARY WILSON, et al.,** | ) |
| Plaintiffs, | ) Case No. 2:12-cv-1203 |
| | ) |
| | ) James L. Graham |
| v. | ) Magistrate Judge Elizabeth P. Deavers |
| | ) |
| **COLUMBIA GAS TRANSMISSION, LLC, et al.,** | ) |
| | ) |
| Defendants. | ) |

## NOTICE OF WITHDRAWAL OF COUNSEL

Now comes Defendant-Counterclaimant Columbia Gas Transmission, LLC and hereby provides notice that attorney Emily V. Danford hereby withdraws as counsel for said Defendant-Counterclaimant, Columbia Gas Transmission, LLC. Jerome Cook, and the law firm of Benesch, Friedlander, Coplan & Aronoff, LLP will continue as trial counsel for Columbia Gas Transmission, LLC in this matter.

Dated: September 26, 2018

Respectfully submitted,

*/s/ Jerome W. Cook*
**Benesch, Friedlander, Coplan & Aronoff LLP**
Jerome W. Cook  (0036835) TRIAL ATTORNEY
Michael L. Snyder  (0040990)
Michael J. Meyer (0087953)
Ryan S. Babiuch (0094025)
Emily V. Danford (0090747)
200 Public Square, Suite 2300
Cleveland, OH 44114-2378
T: 216.363.4446
F: 216.363.4588
jcook@beneschlaw.com
msnyder@beneschlaw.com
mmeyer@beneschlaw.com
rbabiuch@beneschalw.com
edanford@beneschlaw.com

*Counsel for Columbia Gas Transmission, LLC*

2

## CERTIFICATE OF SERVICE

I hereby certify that on September 26, 2018, a true and accurate copy of the foregoing was served pursuant to Paragraph 2 of the August 1, 2014 Case Management Order.

*s/ Jerome W. Cook*
Jerome W. Cook (0036835)
*Counsel for Columbia Gas Transmission, LLC*
