# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | |
|---|---|
| PAUL GARY WILSON, et al., | ) CASE NO. 2:12-CV-1203 |
| Plaintiffs, | ) JUDGE JAMES L. GRAHAM |
| vs. | ) MAGISTRATE ELIZABETH P. DEAVERS |
| COLUMBIA GAS TRANSMISSION, LLC, et al., | ) |
| Defendants. | ) |

## DEFENDANT/COUNTER-CLAIMANT COLUMBIA GAS TRANSMISSION, LLC'S STATUS REPORT

Pursuant to this Court's April 18, 2018 Order [Doc. No. 887], Counsel for Defendant/Counter-Claimant Columbia Gas Transmission, LLC ("Columbia") respectfully submits this Status Report.

I. **Dismissal of Vorys Plaintiffs' Claim:** Voluntary dismissal of all claims with prejudice was filed on February 26, 2019 [Doc. 899].

II. **Status of Title Work:** After submission of a Request for Proposal, two title companies submitted a response. Title First was awarded the work and the production of title reports began in December 2018. Approximately 1216 parcels were commissioned for reports. Eighteen (18) additional reports were ordered after the original commission bringing total reports to 1234. This is the total title work to complete the necessary review in ten counties. To date, 1094 of the 1234 have been received, leaving 139 reports outstanding. **The rate of production for this work decreased during the last nineteen months based upon COVID-19 and the lack of or limited access to county recorder's offices**. This lull has not markedly improved. COVID-19 has resulted in access on an appointment only basis and time slots are of

13491839 v1

limited duration.  Production for September, October and November 2021 has been 17 reports: September: 5 reports; October: 10 reports; November:  2 reports.   The work requires multiple title examiners to be working in several counties simultaneously.  Columbia will take all action required to maximize production, but the COVID-19 situation has made accurate predictions regarding a date range for completion a challenge.  Title First believes that the work has progressed further than our records indicate, and we have requested their spreadsheets to compare with ours.  Any favorable adjustment to the total reports outstanding will be reflected in the next update.

   III. Status of Voluntary Acquisition:  All landowners who are not existing parties are receiving an offer letter proposing the voluntary acquisition of the subsurface storage easement rights.  Eleven (11) additional offer letters were sent out during the past three months.

Dated: December 1, 2021

             Respectfully submitted,

             */s/  Jerome W. Cook*
             **Benesch, Friedlander, Coplan**
             **& Aronoff LLP**
             Jerome W. Cook (0036835) TRIAL ATTORNEY
             Michael L. Snyder (0040990)
             Michael J. Meyer (0087953)
             Ryan S. Babiuch (0094025)
             200 Public Square, Suite 2300
             Cleveland, OH 44114-2378
             T: 216.363.4446
             F: 216.363.4588
             jcook@beneschlaw.com
             msnyder@beneschlaw.com
             mmeyer@beneschlaw.com
             rbabiuch@beneschalw.com

             *Counsel for Columbia Gas Transmission, LLC*

13491839 v1

**CERTIFICATE OF SERVICE**

I hereby certify that on December 1, 2021 a true and accurate copy of the foregoing was served pursuant to Paragraph 2 of the August 1, 2014 Case Management Order.

*s/ Jerome W. Cook*
Jerome W. Cook (0036835)
*Counsel for Columbia Gas Transmission, LLC*

13491839 v1