IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

RE: Reassignment of Civil Cases from the Docket of
Magistrate Judge Elizabeth A. Preston Deavers

ORDER

The attached cases that are currently referred to Magistrate Judge Elizabeth A. Preston

Deavers are hereby referred to Magistrate Judge S. Courter M. Shimeall.

IT IS SO ORDERED.

_____March 16, 2026_____
DATE

_____
Honorable Sarah D. Morrison
Chief Judge United States District Court

| Case Number | Case Title |
| --- | --- |
| 1:10-cv-00698-MHW-EPD | Were v. Warden Ohio State Penitentiary |
| 1:19-cv-00558-EAS-EPD | Pickens v. Shoop |
| 1:23-cv-00537-JPH-EPD | Blanton v. Warden Mansfield Correctional Institution |
| 1:24-cv-00717-SJD-EPD | Mendonca v. Warden, Madison Correctional Institution |
| 1:25-cv-00014-JPH-EPD | Thomas, III v. C/O Lewis et al |
| 1:25-cv-00107-JPH-EPD | Heid, et al., v. Warden, Ohio Department of Rehabilitation and Corrections, et al. |
| 1:25-cv-00276-MRB-EPD | Garrett v. Commissioner of Social Security |
| 1:25-cv-00398-JPH-EPD | Boggs v. Commissioner of Social Security |
| 1:25-cv-00400-DRC-EPD | Render v. Commissioner of Social Security |
| 1:25-cv-00475-MWM-EPD | Garland v. Commissioner of Social Security |
| 1:25-cv-00606-JPH-EPD | Mosier v. Commissioner of Social Security |
| 1:25-cv-00616-SJD-EPD | Mayberry v. Harris Warden W.C.I. |
| 1:25-cv-00617-SJD-EPD | Mayberry v. Warden, Warren Correctional Institution |
| 1:25-cv-00620-MWM-EPD | Burson v. Southeastern Correctional Complex et al |
| 1:25-cv-00622-SJD-EPD | Logan v. Commissioner of Social Security |
| 1:25-cv-00705-DRC-EPD | Campbell v. Commissioner of Social Security |
| 1:25-cv-00725-JPH-EPD | Mitchell, Jr. et al v. Director of Ohio Department of Rehabilitation and Correction et al |
| 1:25-cv-00765-MWM-EPD | Creighton v. Commissioner of Social Security |
| 1:25-cv-00863-DRC-EPD | Sweeting v. Davis et al |
| 1:25-cv-00895-SJD-EPD | Book v. Commissioner of Social Security |
| 1:25-cv-00902-DRC-EPD | Anderson v. Commissioner of Social Security |
| 1:25-cv-00954-MRB-EPD | Butcher v. Commissioner of Social Security |
| 1:25-cv-00958-JPH-EPD | Ly v. Sheriff, Butler County Jail et al |
| 1:26-cv-00125-MWM-EPD | Monjaras Manzano v. Raycraft et al |
| 1:26-cv-00162-SJD-EPD | Badalov v. Secretary, U.S. Department of Homeland Security et al |
| 1:26-cv-00187-MWM-EPD | Siyad v. Secretary, Department of Homeland Security et al |

| | |
|---|---|
| 1:26-cv-00262-JPH-EPD | LY v. Acting Field Office Director, Enforcement and Removal Operations Detroit, U.S. Immigration and Customs Enforcement et al |
| 1:26-cv-00264-SJD-EPD | Madaris v. Tackett |
| 2:02-cv-00535-ALM-EPD | Robb v. Ishee |
| 2:03-cv-00906-ALM-EPD | Twyford v. Bradshaw |
| 2:12-cv-01203-JLG-EPD | Wilson et al v. Columbia Gas Transmission, LLC |
| 2:15-cv-02883-ALM-EPD | Hogan, et al., v. Cleveland Ave Restaurant, Inc. et al., |
| 2:16-cv-00709-MHW-EPD | Dummen NA, Inc. v. Proven Winners North America, LLC, et al |
| 2:19-cv-02196-ALM-EPD | McGlone et al v. Centrus Energy Corp. et al |
| 2:20-cv-04880-MHW-EPD | Continental Casualty Company v. Vertiv Services, Inc. et al |
| 2:20-cv-06038-ALM-EPD | Gray v. State Farm Mutual Automobile Insurance Company et al |
| 2:21-cv-00022-ALM-EPD | Kirkbride v. The Kroger Co. |
| 2:21-cv-04558-SDM-EPD | Safelite Group, Inc. v. Lockridge |
| 2:21-cv-04803-EAS-EPD | Merrick v. Warden Noble Correctional Institution et al |
| 2:21-cv-05483-MHW-EPD | Partain v. Nationwide Children's Hospital |
| 2:21-cv-05915-SDM-EPD | Ridge Corporation v. Altum LLC, et al |
| 2:22-cv-00016-SDM-EPD | Nichols v. State Farm Mutual Automobile Insurance Company |
| 2:22-cv-01630-MHW-EPD | Close et al v. Eldo Organic, LLC et al |
| 2:22-cv-02440-ALM-EPD | Lykins v. Centrus Energy Corp. et al |
| 2:22-cv-02553-JLG-EPD | Mann v. LNKBox Group, Inc. et al |
| 2:22-cv-02648-ALM-EPD | Mitchell v. MOZ Corp Logistics (MOZ Corp) |
| 2:22-cv-02855-EAS-EPD | Glaze v. Morgan et al |
| 2:22-cv-02935-ALM-EPD | Crain v. Upstart Holdings, Inc. et al |
| 2:22-cv-02961-ALM-EPD | In Re Upstart Holdings, Inc., Derivative Litigation |
| 2:22-cv-03071-SDM-EPD | United States Equal Employment Opportunity Commission v. Aspire Regional Partners, Inc. et al |
| 2:22-cv-03530-ALM-EPD | Fernandez et al v. Peters et al |
| 2:22-cv-03620-ALM-EPD | Chung v. Upstart Holdings, Inc. et al |
| 2:22-cv-03795-MHW-EPD | United States of America v. Amsted Rail Company |
| 2:22-cv-04297-MHW-EPD | The Buckeye Institute v. Internal Revenue Service et al |

| | |
|---|---|
| 2:22-cv-04420-ALM-EPD | Woods v. Aramark Correctional Services et al |
| 2:22-cv-04421-ALM-EPD | Burke v. Aramark Correctional Services et al |
| 2:22-cv-04427-MHW-EPD | Wilson v. City of Columbus |
| 2:22-cv-04453-JLG-EPD | Lovingshimer v. Warden, Noble Correctional Institution |
| 2:23-cv-00058-JLG-EPD | The Prudential Insurance Company of America v. Hollingshead et al |
| 2:23-cv-00156-ALM-EPD | King v. Aramark Correctional Services et al |
| 2:23-cv-00201-SDM-EPD | Simmons v. ViaQuest Residential Services, LLC |
| 2:23-cv-00492-MHW-EPD | Tate et al v. City of Columbus et al |
| 2:23-cv-00512-SDM-EPD | Root, Inc. et al v. Silver et al |
| 2:23-cv-00578-MHW-EPD | Moyer v. Government Employees Insurance Company et al |
| 2:23-cv-00910-ALM-EPD | Rose v. Centrus Energy Corp. et al |
| 2:23-cv-01391-JLG-EPD | Kelley v. Chambers-Smith et al |
| 2:23-cv-01511-MHW-EPD | Boards of Trustees of the Ohio Laborers Benefits v. N&W Excavating, LLC |
| 2:23-cv-01757-EAS-EPD | Highman v. Northstar Cafe Easton LLC et al |
| 2:23-cv-01980-MHW-EPD | AGC Flat Glass North America, Inc. v. John et al |
| 2:23-cv-02314-EAS-EPD | Cook v. Trostel et al |
| 2:23-cv-02517-MHW-EPD | Anderson v. Shamrock Towing, Inc. |
| 2:23-cv-02543-EAS-EPD | Boyde v. City of Columbus et al |
| 2:23-cv-02916-MHW-EPD | Ruff v. Jackson Township, et al. |
| 2:23-cv-03172-ALM-EPD | Fowler v. AT&T Inc. et al |
| 2:23-cv-03349-EAS-EPD | Holland v. Adena Health System et al |
| 2:23-cv-03474-EAS-EPD | Union Home Mortgage Corp. v. Capretta et al |
| 2:23-cv-03520-EAS-EPD | Stone v. CareStar, Inc. |
| 2:23-cv-03566-MHW-EPD | Jane Doe v. The Ohio State University et al |
| 2:23-cv-03742-JLG-EPD | Hall v. Washington County Jail et al |
| 2:23-cv-03781-EAS-EPD | Edington on First, LLC v. West Bend Mutual Insurance Company |
| 2:23-cv-03888-ALM-EPD | Horton v. City of Columbus et al |
| 2:23-cv-03909-MHW-EPD | McGill et al v. Xponential Fitness LLC et al |
| 2:23-cv-03933-ALM-EPD | Shaw v. Centrus Energy Corp. et al |

| | |
|---|---|
| 2:23-cv-03945-EAS-EPD | Poorman et al v. Servbank |
| 2:23-cv-03967-EAS-EPD | Yoder v. Ohio State University et al |
| 2:23-cv-03979-MHW-EPD | Henderson v. Village of New Holland et al |
| 2:23-cv-04035-ALM-EPD | Hunt v. AT&T Inc. et al |
| 2:23-cv-04108-EAS-EPD | Elba v. Mac's Convenience Stores, LLC |
| 2:23-cv-04184-SDM-EPD | Hi-Vac Corporation et al v. Coley et al |
| 2:24-cv-00135-JLG-EPD | The Village at Blacklick Creek Condominium Association v. Greater New York Insurance Company |
| 2:24-cv-00162-JLG-EPD | Fenstermaker vs Warden Southeastern Correctional Inst. |
| 2:24-cv-00193-JLG-EPD | Thomas v. Ryder Truck Rental, Inc. et al |
| 2:24-cv-00289-DRC-EPD | Cundiff v. Franklin County, Ohio et al |
| 2:24-cv-00393-EAS-EPD | Williams v. Chambers-Smith et al |
| 2:24-cv-00554-EAS-EPD | Rowe v. JPMorgan Chase Bank, N.A. |
| 2:24-cv-00578-EAS-EPD | Ohlinger v. Warner et al |
| 2:24-cv-01249-ALM-EPD | Solly v. Hoying et al |
| 2:24-cv-01261-EAS-EPD | Merten v. Doyle HCM, Inc. |
| 2:24-cv-01272-EAS-EPD | Colson v. Perfectvision Manufacturing, Inc. |
| 2:24-cv-01374-EAS-EPD | Mefford v. Instant Brands LLC et al |
| 2:24-cv-01401-JLG-EPD | Brown et al v. Yost |
| 2:24-cv-01420-ALM-EPD | Coulter Ventures, LLC d/b/a Rogue Fitness v. Rogue Ridge, LLC |
| 2:24-cv-01455-ALM-EPD | Westlake Flooring Company, LLC v. Rempro Inc., et al. |
| 2:24-cv-01498-ALM-EPD | Paton  v. Shaner Operating Corp. et al |
| 2:24-cv-01568-EAS-EPD | Adkins et al v. Erie Insurance Company et al |
| 2:24-cv-01771-ALM-EPD | United States of America v. Hillman et al |
| 2:24-cv-01867-ALM-EPD | LSV Entertainment, LLC v. Barber et al |
| 2:24-cv-01899-ALM-EPD | Quandel Construction Group, Inc. v. Hunt Construction Group, Inc. |
| 2:24-cv-02027-JLG-EPD | NG through guardian VG v. Ohio Department of Developmental Disabilities et al |
| 2:24-cv-02078-EAS-EPD | Conley, et al. v. Thermo Fisher Scientific (Asheville) LLC |
| 2:24-cv-02146-ALM-EPD | Aarnes v. Ohio State University et al |
| 2:24-cv-02275-ALM-EPD | Twin City Fire Insurance Company v. RK Family, Inc. et al |

| | |
|---|---|
| 2:24-cv-02362-ALM-EPD | Quandel Construction Group, Inc. v. Hunt Construction Group, Inc. |
| 2:24-cv-02363-EAS-EPD | Circleville-Pickaway Corporation v. The Macintosh Company, LLC et al |
| 2:24-cv-03036-JLG-EPD | Exotic Leasing, LLC v. 7th Gear Exotics LLC et al |
| 2:24-cv-03121-EAS-EPD | Hardwick v. 3M Company et al |
| 2:24-cv-03133-MHW-EPD | Flyland Designs, Inc. v. Ace Trading Group, Ltd. et al |
| 2:24-cv-03344-SDM-EPD | Smith v. Schwarck et al |
| 2:24-cv-03505-EAS-EPD | Kabia et al v. Impact Care Ohio LLC |
| 2:24-cv-03672-SDM-EPD | Eljen Corporation v. Ohio Department of Health et al |
| 2:24-cv-03714-EAS-EPD | Sedor v. State Farm Fire and Casualty Company |
| 2:24-cv-03723-ALM-EPD | Mori et al v. Mongold et al |
| 2:24-cv-03742-ALM-EPD | Ponder v. Orsini |
| 2:24-cv-03743-ALM-EPD | Ponder v. Murphy |
| 2:24-cv-03744-ALM-EPD | Ponder v. Selhorst |
| 2:24-cv-03745-ALM-EPD | Ponder v. Cramblett |
| 2:24-cv-03746-ALM-EPD | Ponder v. Walker |
| 2:24-cv-03747-ALM-EPD | Ponder v. Columbus Police Department |
| 2:24-cv-03749-EAS-EPD | BMO Bank N.A. v. Jak S Hauler Transporting LLC et al |
| 2:24-cv-03759-JLG-EPD | Scowden v. Fluor-B&W Portsmouth LLC |
| 2:24-cv-03808-MHW-EPD | Federal Insurance Company v. Clayton Construction Company of Granville, Ltd. et al |
| 2:24-cv-03859-SDM-EPD | Jeffries v. Nationwide Children's Hospital |
| 2:24-cv-03920-MHW-EPD | Birnam Wood Condominium Association v. Pekin Insurance Company |
| 2:24-cv-03948-ALM-EPD | Epling v. State of Ohio |
| 2:24-cv-03963-ALM-EPD | Quarles v. City Of Zanesville et al |
| 2:24-cv-03995-EAS-EPD | West v. Phillips |
| 2:24-cv-03996-JLG-EPD | Sells v. Meade & Associates, Inc. |
| 2:24-cv-03997-SDM-EPD | United States Equal Employment Opportunity Commission v. Country Club Retirement Center V, LLC et al |
| 2:24-cv-04052-ALM-EPD | Habtemariam-Brown v. Christensen et al |
| 2:24-cv-04110-ALM-EPD | Armstead v. Baldwin et al |

| | |
|---|---|
| 2:24-cv-04126-DRC-EPD | Hall v. Commissioner of Social Security |
| 2:24-cv-04137-ALM-EPD | Clover Ridge Holdings, LLC et al v. Rice Drilling D, LLC et al |
| 2:24-cv-04139-SDM-EPD | Fidelity and Deposit Company of Maryland v. WAI Construction Group, LLC et al |
| 2:24-cv-04148-ALM-EPD | Boards of Trustees of the Ohio Laborers Benefits v. D Jacob Industries, LLC |
| 2:24-cv-04179-EAS-EPD | Clark v. Franklin County Probation Department |
| 2:24-cv-04202-ALM-EPD | Gibbs v. Amazon.com Services LLC |
| 2:24-cv-04239-DRC-EPD | Lyon et al v. Winnebago Industries, Inc. et al |
| 2:25-cv-00028-MHW-EPD | McDougleh v. Ohio Reformatory for Women et al. |
| 2:25-cv-00030-MHW-EPD | Grace E. Moore Great-Grandchildren Trust of 2006 et al v. Gulfport Appalachia, LLC et al |
| 2:25-cv-00050-MHW-EPD | Preece v. City of Westerville et al |
| 2:25-cv-00078-SDM-EPD | Orzolek v. Eligo Energy, LLC et al |
| 2:25-cv-00091-JLG-EPD | Curtis v. Washington County Sheriff's Office et al |
| 2:25-cv-00138-EAS-EPD | Doe et al v. Reynoldsburg City School District Board of Education et al |
| 2:25-cv-00168-ALM-EPD | Anderson v. State of Ohio |
| 2:25-cv-00177-SDM-EPD | Patnam v. Sudhi Infomatics, Inc. |
| 2:25-cv-00198-SDM-EPD | Joe Hand Promotions Inc v. Bendoff et al |
| 2:25-cv-00204-JLG-EPD | Kennon v. Depcom Power Inc. et al |
| 2:25-cv-00225-SDM-EPD | DeLille Oxygen Company v. Topsoe A/S, et al., |
| 2:25-cv-00226-MHW-EPD | Cardaras et al v. Fiducial Business Centers, Inc. |
| 2:25-cv-00228-SDM-EPD | Fontenot v. Encino Energy, LLC et al |
| 2:25-cv-00232-JLG-EPD | Thomas v. Warden, Belmont Correctional Institution |
| 2:25-cv-00251-MHW-EPD | St. John v. Ohio State University et al |
| 2:25-cv-00255-ALM-EPD | Williams v. City of Mount Vernon, Ohio |
| 2:25-cv-00261-MHW-EPD | Scott v. American Oncology Partners, P.A. |
| 2:25-cv-00275-ALM-EPD | Sapp v. Knox Community Hospital |
| 2:25-cv-00284-MHW-EPD | Randolph v. Bath & Body Works, Inc. et al |
| 2:25-cv-00309-EAS-EPD | OCLC, Inc. v. Baker & Taylor, LLC et al |
| 2:25-cv-00349-EAS-EPD | The Grissoms LLC v. Antero Resources Corporation |

| | |
|---|---|
| 2:25-cv-00353-MHW-EPD | Shields et al v. East Ohio Hospital, LLC et al |
| 2:25-cv-00360-MHW-EPD | Daoud v. City of Columbus |
| 2:25-cv-00381-EAS-EPD | Lane v. Commissioner of Social Security |
| 2:25-cv-00400-ALM-EPD | Washburn v. CPS Solutions, LLC |
| 2:25-cv-00411-SDM-EPD | Bradley v. Garrison et al |
| 2:25-cv-00430-JLG-EPD | McClelland v. Commissioner of Social Security |
| 2:25-cv-00443-ALM-EPD | Sylvester v. Stuff |
| 2:25-cv-00452-JLG-EPD | Leiter v. Commissioner of Social Security |
| 2:25-cv-00453-EAS-EPD | Special Olympics Ohio, Inc. v. Ohio Mills Corp. et al |
| 2:25-cv-00457-DRC-EPD | Franklin County Convention Facilities Authority v. Cooper Carry, Inc. |
| 2:25-cv-00462-SDM-EPD | Clark et al v. Village of South Solon City Counsel et al |
| 2:25-cv-00463-EAS-EPD | New York Marine and General Insurance Company v. MX Sports, Inc. |
| 2:25-cv-00479-MHW-EPD | Atlantic Recording Corporation et al v. Designer Brands Inc.  et al |
| 2:25-cv-00482-EAS-EPD | Ease Logistics Services, LLC v. Zeatoon Inc d/b/a Cross Forest et al |
| 2:25-cv-00490-SDM-EPD | Boozer v. Commissioner of Social Security |
| 2:25-cv-00491-SDM-EPD | Millhouse v. Gill et al |
| 2:25-cv-00500-JLG-EPD | Wasserman v. Rodriguez et al |
| 2:25-cv-00506-MHW-EPD | Plummer v. Bob Evans Restaurants, LLC et al |
| 2:25-cv-00507-JLG-EPD | Southworth v. Commissioner of Social Security |
| 2:25-cv-00510-JLG-EPD | Boyer, Jr. et al v. First American Title Insurance Company |
| 2:25-cv-00526-ALM-EPD | Hoskinson v. U-Haul Co. of Masschusetts & Ohio, Inc. |
| 2:25-cv-00545-SDM-EPD | Vance v. Commissioner of Social Security |
| 2:25-cv-00552-EAS-EPD | Gehr v. Commissioner of Social Security |
| 2:25-cv-00555-MHW-EPD | The Estate of Jacob Alec Reed v. J. Eric Jones, DDS, Inc. et al |
| 2:25-cv-00566-SDM-EPD | Fay v. Euromarket Designs, Inc. |
| 2:25-cv-00569-MHW-EPD | Gress v. J. Eric Jones, DDS, Inc. et al |
| 2:25-cv-00574-MHW-EPD | SC Codeworks LLC v. Kohan et al |
| 2:25-cv-00587-MHW-EPD | Kharel v. Allstate Fire and Casualty Insurance Company |
| 2:25-cv-00600-SDM-EPD | Robertson v. City of Newark, Ohio et al |

| | |
|---|---|
| 2:25-cv-00620-EAS-EPD | Vanoster v. Barker et al |
| 2:25-cv-00629-ALM-EPD | Winegardner v. Commissioner of Social Security |
| 2:25-cv-00633-EAS-EPD | Nathan Robbins vs Gilda Franklyn et al. |
| 2:25-cv-00659-ALM-EPD | Trustees of the 4th District IBEW Health Fund, et al v. WAI Construction Group, LLC |
| 2:25-cv-00677-DRC-EPD | Stults v. Boyd Bros. Tree Care, LLC et al |
| 2:25-cv-00682-MHW-EPD | Scott v. Honda Development & Manufacturing of America, LLC |
| 2:25-cv-00698-DRC-EPD | Young v. City of Logan et al |
| 2:25-cv-00709-EAS-EPD | Labaki v. Commissioner of Social Security |
| 2:25-cv-00719-ALM-EPD | Siesta Holdings, LLC et al v. QHM Holdings, Inc. et al |
| 2:25-cv-00725-ALM-EPD | Randolph v. EQUIFAX INFORMATION SERVICES LLC |
| 2:25-cv-00744-JLG-EPD | Morris v. Brisben Park Trails LP et al |
| 2:25-cv-00746-SDM-EPD | Poole v. Hand and Microsurgery Associates Inc. |
| 2:25-cv-00764-SDM-EPD | Downes v. SS&C Technologies, Inc. |
| 2:25-cv-00765-MHW-EPD | Designer Brands, Inc. et al v. Sony Music Entertainment, et al |
| 2:25-cv-00773-SDM-EPD | Smith et al v. The Ohio Supreme Court et al |
| 2:25-cv-00807-ALM-EPD | Musa v. Kia America, Inc. |
| 2:25-cv-00813-SDM-EPD | Caldwell v. Commissioner of Social Security |
| 2:25-cv-00818-ALM-EPD | Gibson v. Commissioner of Social Security |
| 2:25-cv-00821-ALM-EPD | Fernandez v. Gray Construction Inc. |
| 2:25-cv-00826-SDM-EPD | St. Joseph Partners II, LLC et al v. PHX Mint, LLC et al |
| 2:25-cv-00834-SDM-EPD | Waddell v. Top Family Affair LLC et al |
| 2:25-cv-00836-SDM-EPD | Minden Pictures, Inc. v. Varment Guard Environmental Services, Inc. |
| 2:25-cv-00841-SDM-EPD | Adegunju v. DHI Mortgage Company, Ltd. et al |
| 2:25-cv-00850-MHW-EPD | Johnson v. Lunna Loans, LLC et al |
| 2:25-cv-00857-SDM-EPD | BESA Community, Inc. v. The Cedar Shack et al |
| 2:25-cv-00875-MHW-EPD | Pitts v. Geier et al |
| 2:25-cv-00876-EAS-EPD | Cornell v. Meigs County Care Center, LLC |
| 2:25-cv-00896-JLG-EPD | Minnesota Life Insurance Company v. Wilson, Jr., et al |
| 2:25-cv-00906-JLG-EPD | Hill v. Nexstar Media Group, Inc (WCMH) et al |

| 2:25-cv-00907-JLG-EPD | Hill v. Nexstar Media Group, Inc (WCMH) et al |
| 2:25-cv-00923-JLG-EPD | Reid v. Commissioner of Social Security |
| 2:25-cv-00926-EAS-EPD | Lester v. VS Service Company, LLC |
| 2:25-cv-00931-MHW-EPD | Fortune-HR, LLC v. Marsh & McLennan Agency, LLC |
| 2:25-cv-00952-EAS-EPD | Tingler v. Kennedy et al |
| 2:25-cv-00955-MHW-EPD | Burgess v. Kelley et al |
| 2:25-cv-00966-ALM-EPD | Kiavi Funding, Inc. v. Strategically Acquiring Property, LLC et al |
| 2:25-cv-00967-ALM-EPD | U.S. Bank National Association v. Strategically Acquiring Property, LLC et al |
| 2:25-cv-00992-ALM-EPD | Grant v. Commissioner of Social Security |
| 2:25-cv-00998-ALM-EPD | Boards of Trustees of the Ohio Laborers Benefits v. Bluestone Land Clearing LLC |
| 2:25-cv-01001-ALM-EPD | Hill v. DePuy Synthes, Inc. et al |
| 2:25-cv-01003-ALM-EPD | GARBARK v. Barr-Nunn Transportation, LLC et al |
| 2:25-cv-01026-MHW-EPD | Foxen Administration, LLC v. Clear Property Management |
| 2:25-cv-01035-SDM-EPD | Four Fibers LLC et al v. Madison County, Ohio, Board of Commissioners et al |
| 2:25-cv-01043-EAS-EPD | Conroy v. PENN Entertainment Inc. |
| 2:25-cv-01046-ALM-EPD | Shehane v. Equifax Information Services, LLC et al |
| 2:25-cv-01050-SDM-EPD | Pies & Pints Development Partners, LLC et al v. Sloane et al |
| 2:25-cv-01055-EAS-EPD | Stringer v. First Student, Inc. et al |
| 2:25-cv-01059-SDM-EPD | Liang v. Noem et al |
| 2:25-cv-01075-DRC-EPD | McElhaney v. Coshocton County, Ohio et al |
| 2:25-cv-01080-SDM-EPD | Fuller-Layton et al v. Stake Center Locating, LLC |
| 2:25-cv-01081-JLG-EPD | Stephenson v. Commissioner of Social Security |
| 2:25-cv-01093-JLG-EPD | YOUNG et al v. Blendon Township, Ohio  et al |
| 2:25-cv-01100-EAS-EPD | Caudill v. Crawford Communities, LLC |
| 2:25-cv-01130-ALM-EPD | Branch, Jr. v. Creed Integrated Behavioral Health Services |
| 2:25-cv-01132-EAS-EPD | Brown v. Hawk et al |
| 2:25-cv-01136-MHW-EPD | Willis v. Commissioner of Social Security |
| 2:25-cv-01140-EAS-EPD | Bleick et al v. Maxfield et al |

| | |
|---|---|
| 2:25-cv-01178-EAS-EPD | Taylor-Bryan v. Commissioner of Social Security |
| 2:25-cv-01192-MHW-EPD | Fannin v. Wal-Mart Stores Inc. et al |
| 2:25-cv-01193-EAS-EPD | Scioto Valley Woodworking, Inc. v. HomeMark Cabinetry LLC |
| 2:25-cv-01208-ALM-EPD | Tucker v. US Bank |
| 2:25-cv-01228-EAS-EPD | Boster v. Fairfield County, Ohio  et al |
| 2:25-cv-01231-EAS-EPD | Settle v. Trinity Health System |
| 2:25-cv-01236-JLG-EPD | Craine v. Warden, Pickaway Correctional Institution |
| 2:25-cv-01238-MHW-EPD | Erbach v. Commissioner of Social Security |
| 2:25-cv-01242-EAS-EPD | The Manley Law Firm et al v. Gibbs |
| 2:25-cv-01243-ALM-EPD | Livingston v. The Community Bank et al |
| 2:25-cv-01247-MHW-EPD | Bailey v. National Indemnity Company |
| 2:25-cv-01255-ALM-EPD | Lattimore v. Brown et al |
| 2:25-cv-01256-SDM-EPD | Johnson v. Auto Palace, Inc. et al |
| 2:25-cv-01261-MHW-EPD | Estep v. Aristocrat Leisure, Ltd.  et al |
| 2:25-cv-01264-SDM-EPD | Boardman v. Exel Inc. |
| 2:25-cv-01269-SDM-EPD | Fraternal Order of Police Capital City Lodge &#035;9 et al v. City of Whitehall, Ohio et al |
| 2:25-cv-01274-JLG-EPD | Boehmer v. Commissioner of Social Security |
| 2:25-cv-01283-JLG-EPD | White v. Ross Correctional Institution et al |
| 2:25-cv-01289-EAS-EPD | Kuhns, et al. v. Cleveland-Cliffs Steel Corporation |
| 2:25-cv-01295-EAS-EPD | Lavrenchuk v. Red Roof Inn Inc |
| 2:25-cv-01300-MHW-EPD | Bath & Body Works, LLC v. Zaragoza & Zembrodt, LLC et al |
| 2:25-cv-01301-MHW-EPD | Capital City Frenchies, LLC et al v. City Of Columbus et al |
| 2:25-cv-01311-EAS-EPD | United States of America v. Lem Construction, LLC |
| 2:25-cv-01321-JLG-EPD | Mason  v. Trinity Health System |
| 2:25-cv-01329-MHW-EPD | Kimble v. LVNV Funding, LLC et al |
| 2:25-cv-01339-SDM-EPD | Williams v. ODRC (Ohio Department of Rehabilitation & Corrections) et al |
| 2:25-cv-01340-SDM-EPD | Gentry v. Holzer Health System |
| 2:25-cv-01341-SDM-EPD | Payne v. CUSA, LLC |
| 2:25-cv-01343-MHW-EPD | George v. The Boeing Company |

| | |
|---|---|
| 2:25-cv-01354-ALM-EPD | Braima v. CXLoyalty LLC J.P. Morgan Chase & Co. |
| 2:25-cv-01359-SDM-EPD | Boards of Trustees of the Ohio Laborers Benefits v. Ash Management Services, LLC |
| 2:25-cv-01364-EAS-EPD | Sam Dong Ohio, Inc. et al v. The Hanover Insurance Company |
| 2:25-cv-01371-EAS-EPD | Kimbrough v. State Farm Fire and Casualty Company |
| 2:25-cv-01384-ALM-EPD | Oliver, III v. United States of America et al |
| 2:25-cv-01397-MHW-EPD | Kindred Hospitals East, LLC et al v. Cigna Healthcare Inc. et al |
| 2:25-cv-01398-MHW-EPD | Kinney v. Wal-Mart Associates |
| 2:25-cv-01402-JLG-EPD | Weathers v. Dent et al |
| 2:25-cv-01408-ALM-EPD | Osborne v. Doe et al |
| 2:25-cv-01418-EAS-EPD | Smith v. Higher Education Loan Authority of The State Of Missouri Inc et al |
| 2:25-cv-01426-JLG-EPD | Ferguson v. Warden, Belmont Correctional Institution |
| 2:25-cv-01434-SDM-EPD | DOE v. Olentangy Local School District et al |
| 2:25-cv-01437-JLG-EPD | UNITE EUROTHERAPY, INC. vs BROUSSARD LOGISTICS, et al |
| 2:25-cv-01438-EAS-EPD | Whiteside v. Flowers et al |
| 2:25-cv-01441-EAS-EPD | Reddy et al v. Kreckel et al |
| 2:25-cv-01448-ALM-EPD | Szakal v. State Of Ohio et al |
| 2:25-cv-01450-SDM-EPD | Johnston v. Vallen Distribution, Inc. et al |
| 2:25-cv-01455-MHW-EPD | Pursley v. Wal-Mart Associates, Inc. |
| 2:25-cv-01468-EAS-EPD | Meade, Jr. v. Delaware County Jail |
| 2:25-cv-01480-MHW-EPD | Garrison v. Franklin County, Ohio et al |
| 2:25-cv-01484-SDM-EPD | McMillin v. Atkore Inc. |
| 2:25-cv-01491-JLG-EPD | Isom v. Commissioner of Social Security |
| 2:25-cv-01494-MHW-EPD | Stowers v. Wal-Mart Stores East, LP et al |
| 2:25-cv-01497-SDM-EPD | Prusak et al v. Levering Management, Inc. et al |
| 2:25-cv-01503-EAS-EPD | Deutsch LA, Inc. v. Anchor Hocking LLC |
| 2:25-cv-01506-SDM-EPD | Poletti et al v. Werner Enterprises Inc. et al |
| 2:25-cv-01510-MHW-EPD | Vertiv Corporation v. Methode Electronics, Inc. et al |
| 2:25-cv-01521-ALM-EPD | Anderson v. State of Ohio |
| 2:25-cv-01529-SDM-EPD | Sampson v. Portfolio Recovery Associates, LLC |

| | |
|---|---|
| 2:26-cv-00019-MHW-EPD | Slaton v. Commissioner of Social Security |
| 2:26-cv-00024-ALM-EPD | MILLER v. THE LAURELS OF HILLSBORO et al |
| 2:26-cv-00038-ALM-EPD | Johnson v. Commissioner of Social Security |
| 2:26-cv-00039-MHW-EPD | Lingam v. Bath & Body Works, Inc. et al |
| 2:26-cv-00040-JLG-EPD | Slack et al v. OS Restaurant Services, LLC |
| 2:26-cv-00041-EAS-EPD | Brown v. Ascendium |
| 2:26-cv-00042-MHW-EPD | Mathis v. Midwestern Auto Group Lamborghini |
| 2:26-cv-00055-SDM-EPD | Nichols v. ResCare-Ohio, Inc. |
| 2:26-cv-00061-ALM-EPD | Ford v. LZB Retail, Inc. |
| 2:26-cv-00064-EAS-EPD | United of Omaha Life Insurance Company v. Taylor |
| 2:26-cv-00069-JLG-EPD | B.E.T., Ltd. v. Greenger Electronic Technology, LLC et al |
| 2:26-cv-00072-ALM-EPD | Pinckney v. City of Columbus, Ohio et al |
| 2:26-cv-00082-SDM-EPD | Nash v. FHS Inniswood, Inc. |
| 2:26-cv-00086-EAS-EPD | Brandon v. The Pictsweet Company et al |
| 2:26-cv-00087-ALM-EPD | Cain v. Commissioner of Social Security |
| 2:26-cv-00089-SDM-EPD | Ferguson v. Smith |
| 2:26-cv-00100-MHW-EPD | Snyder v. Synovus Bank  et al |
| 2:26-cv-00108-DRC-EPD | Pulliam v. Rogers et al |
| 2:26-cv-00109-ALM-EPD | TowerCo 2013, LLC v. Berlin Township Board of Trustees et al |
| 2:26-cv-00112-MHW-EPD | Smith  v. Heaf et al |
| 2:26-cv-00122-ALM-EPD | Brown v. Columbus Collegial Review Board |
| 2:26-cv-00126-JLG-EPD | Traywick et al v. Erie Insurance Company |
| 2:26-cv-00129-ALM-EPD | Nautilus Insurance Company v. Shree Hari Hospitality LLC et al |
| 2:26-cv-00131-EAS-EPD | Lambert-Price v. Highline Warren LLC |
| 2:26-cv-00136-EAS-EPD | Lewis v. Campbell |
| 2:26-cv-00138-ALM-EPD | PASCHAL v. Leidos, Inc. |
| 2:26-cv-00140-SDM-EPD | Baker v. City Of Columbus |
| 2:26-cv-00141-ALM-EPD | Brightwell v. Franklin County Ohio et al |
| 2:26-cv-00151-JLG-EPD | Howell v. Commissioner of Social Security |
| 2:26-cv-00157-SDM-EPD | Bensusan Restaurant Corp. v. Pannell et al |

| | |
|---|---|
| 2:26-cv-00168-MHW-EPD | Patel v. OhioHealth Corp. et al |
| 2:26-cv-00169-JLG-EPD | Calhoun v. Commissioner of Social Security |
| 2:26-cv-00176-ALM-EPD | AM v. US Citizenship & Immigration Services et al |
| 2:26-cv-00177-MHW-EPD | League of Women Voters of Ohio et al v. LaRose |
| 2:26-cv-00181-MHW-EPD | Empire Midstream, LLC v. Markel American Insurance Company |
| 2:26-cv-00188-SDM-EPD | Brady v. Balzer et al |
| 2:26-cv-00196-MHW-EPD | Cardinal Health 110, LLC et al v. High Mountain Home Care, Inc. et al |
| 2:26-cv-00200-ALM-EPD | Thompson v. Nalls et al |
| 2:26-cv-00207-ALM-EPD | United States of America et al v. OhioHealth Corporation |
| 2:26-cv-00215-EAS-EPD | Dague v. Commissioner of Social Security |
| 2:26-cv-00219-DRC-EPD | Taylor v. Ohio Department of Development |
| 2:26-cv-00224-MHW-EPD | Dickman v. Quantum Health, Inc. |
| 2:26-cv-00238-EAS-EPD | Finnell et al v. J. W. Ruby Memorial Hospital Morgue et al |
| 2:26-cv-00239-ALM-EPD | Caples v. Columbus Metropolitan Housing Authority et al |
| 2:26-cv-00243-ALM-EPD | 29SC Four Pointe LP v. Brown |
| 2:26-cv-00244-ALM-EPD | 29SC Four Pointe LP v. Lockhart et al |
| 2:26-cv-00245-MHW-EPD | Jayaprakash v. Heaf et al |
| 2:26-cv-00252-SDM-EPD | White v. Surge Staffing, LLC et al |
| 2:26-cv-00260-SDM-EPD | Elkhammas v. Battelle Memorial Institute Inc |
| 2:26-cv-00261-ALM-EPD | Nadeau v. Devanur |
| 2:26-cv-00267-ALM-EPD | Mason  v. Hercules Industries, Inc. |
| 2:26-cv-00288-SDM-EPD | Duff v. Yoder Building Solutions LLC |
| 2:26-cv-00291-EAS-EPD | Kirby v. Perfection One Collision Center, Inc. et al |
| 2:26-cv-00297-MHW-EPD | SOUMANA v. MARS PETCARE US, INC |
| 2:26-cv-00299-JLG-EPD | Sowell v. The State Of Ohio et al |
| 3:25-cv-00088-MJN-EPD | Boyd v. Warden, Pickaway Correctional Institution |
| 3:25-cv-00207-TMR-EPD | Butler v. Warden Pickaway Correctional Institution |
| 3:25-cv-00290-MJN-EPD | Newcombe v. Commissioner of Social Security |
| 3:25-cv-00424-TMR-EPD | Kinstle v. Commissioner of Social Security |

| | |
|---|---|
| 3:25-cv-00434-MJN-EPD | Fleenor v. Commissioner of Social Security |
| 3:26-cv-00021-MJN-EPD | Goldsmith v. Commissioner of Social Security |
| 3:26-cv-00027-WHR-EPD | Miller v. Commissioner of Social Security |
| 3:26-cv-00044-WHR-EPD | Shaw v. Warden, Madision Correctional Institution |
| 3:26-cv-00069-TMR-EPD | Bowman v. Warden, Bellmont Correctional Institution |